UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE KINSER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MADERA; COUNTY OF MADERA DEPARTMENT OF CORRECTIONS; JOSEPH SOLDANI, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | **14-cv-1227 --- GSA**<br><br>**ORDER GRANTING IFP**<br><br>**(Doc. 2)** |

　　　　Plaintiff, Michelle Kinser ("Plaintiff"), filed a civil rights complaint on August 5, 2014 and an application to proceed in forma pauperis on that same day. (Docs. 1 and 2).  Plaintiff has made the required showing pursuant to 28 USC § 1915(a).  Accordingly, the request to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

　　Dated: __**August 7, 2014**__　　　　　　___/s/ Gary S. Austin___
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1